UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.us**courts**.gov

IN RE:                                                        Chapter 13
                                                             Case No. 12-37571-PGH
Rebecca J. Friedman

    Debtor.                                        /

_____

## OBJECTION TO MOTION FOR REFERRAL TO LOSS MITIGATION MEDIATION

COMES NOW, Secured Creditor, JPMorgan Chase Bank, National Association, by and through its undersigned attorney, and hereby files its objection to Debtor's Motion for Referral to Loss Mitigation Mediation and in support, states as follows:

1.      JPMorgan Chase Bank, National Association, is a secured creditor by virtue of a Note, Mortgage and Assignment of Mortgage on real property located at 316 Murray Road, West Palm Beach, FL 33405 and bearing the following legal description:

> LOT 21, BLOCK B, LAKEWOOD, ACCORDING TO THE PLAT THEREOF, ON FILE IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT IN AND FOR PALM BEACH COUNTY, FLORIDA, RECORDED IN PLAT BOOK 10, PAGE 27. SAID LANDS SITUATE, LYING AND BEING IN PALM BEACH COUNTY, FLORIDA.

2.      The loan held by JPMorgan Chase Bank, National Association has been in default since October 1, 2008 and On, May 29, 2012 the Circuit Court entered a Final Summary Judgment of Foreclosure in favor of the Movant in Palm Beach County Case # 2008 CA 029133 in the total amount of $162,124.97.

3.      The Foreclosure sale was scheduled to take place on November 19, 2012 but was halted by the debtor filing this bankruptcy case on November 15, 2012.

4.      JPMorgan Chase Bank, National Association received stay relief via the order confirming plan entered on March 28, 2013 due to the fact that debtor's confirmed Chapter 13 plan did not provide for payments to JPMorgan Chase Bank, National Association.

5.      After receiving stay relief, JPMorgan Chase Bank, National Association proceeded in with its State Court action and the foreclosure sale has been reset for August 20, 2013.

6.      On or about July 18, 2013 Debtor filed its initial Motion for Referral to Loss Mitigation Mediation (DE#40) seeking the court to order Loss Mitigation Mediation between the Debtor's and JP Morgan Chase Bank regarding the loan held by JPMorgan Chase Bank on the property located at 316 Murray Road, West Palm Beach, FL 33405.

7.      JPMorgan Chase Bank, National Association objects to Debtor's Motion for Referral to Loss Mitigation Mediation due to the fact that stay relief was already granted in the bankruptcy action and JPMorgan Chase Bank, National Association has expended further attorney's fees and costs in the foreclosure action. Further, during the course of the bankruptcy action, debtor has failed to provide for any adequate protect payments to JPMorgan Chase Bank, National Association, which would have prevented stay relief from being granted and would have demonstrated good faith on the part of the debtor to try to save the property.

WHEREFORE, Secured Creditor, JPMorgan Chase Bank, National Association prays that this Honorable Court Debtor's Motion for Referral to Loss Mitigation Mediation or for any other relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in Compliance with additional qualifications to practice in the Court as set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail and/or via CM/ECF electronic filing this 26th day of July, 2013, to the following:

Rebecca J. Friedman, 316 Murray Road, West Palm Beach, FL 33405
Brett A. Elam, Esq., 105 South Narcissus Ave, Suite 802, West Palm Beach, FL 33401
Robin R. Weiner, POB 559007, Fort Lauderdale, FL 33355
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

<div style="margin-left:40%">

/s/ Samantha Carr
Samantha Carr
FL Bar # 74137
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd., Ste 100
Tampa, FL  33614
Telephone: 561-542-7621
Fax: (561) 998-6707
E-mail: sacarr@logs.com

</div>

08-108512