UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

Case No.: 12-37571-BKC-PGH
Chapter 13 Proceeding

REBECCA J. FRIEDMAN,

_____

EMERGENCY RENEWED ATTORNEY-REPRESENTED DEBTOR'S VERIFIED MOTION FOR REFERRAL TO LOSS MITIGATION MEDIATION

The Debtor respectfully requests that the Court hear this motion as soon as possible. The Debtor has a foreclosure sale set for her homestead real property on the 10th day of April 2014. The Debtor had previously filed a Verified Motion for Referral to Loss Mitigation Mediation. However, the Creditor filed an Objection based upon the status of the Debtor's income. The Debtor has increased her income, and would be able to support a modified mortgage payment. The Creditor did not deny the Debtor a modification previously, as the Debtor never obtained an Order Referring this Case to Mediation.

The above-referenced Debtors request the Court enter an Order of Referral to Loss Mitigation Mediation ("Order") referring Debtor and JPMorgan Chase Bank ("Lender") to loss mitigation mediation ("LMM") and states as follows:

1. Debtors are individuals who have filed for bankruptcy relief under, or converted to, Chapter 13 on November 15, 2012.

2. Debtor requests LMM for real property ("Property") located at: 316 Murray Road, West Palm Beach, FL 33405.

   a. The Property consists of 4 units or less and is (check one box):

LMM-LF-01  (04/01/13)

    X  the Debtor's primary residence

    ☐ not the Debtor's primary residence

b. Borrowers obligated on the promissory note and mortgage on the Property are (check one box):

    X Debtors only

    Debtor and non-filing co-obligor/co-borrower/third party   Contact information for co-obligor/co-borrower/third party:

    Name: _____  -
    Address: _____

    Phone Number: _____
    Email: _____  -

    Other:_____

c. If applicable, Debtor's attorney has simultaneously filed with this Motion the LMM Local Form "Consent to Attend and Participate in Loss Mitigation Mediation" signed by each co-obligor/co-borrower/third party listed above.

3. Debtor intends to (check all boxes that apply):

    X  modify the mortgage on the Debtor's primary residence (chapter 11, 12 or 13 only).

    ☐ modify the mortgage on Property that is not the Debtor's primary residence (chapter 13 only).

    ☐ surrender the Property to the Lender.

4. Prior to filing this motion, Debtor's attorney processed and uploaded Debtor's information using the Court-approved on-line program that facilitates the preparation of the Debtor's loan modification package ("Document Preparation Software"). Debtor's initial loan modification forms have been generated and are ready for signature and submission. Debtor's attorney has also collected all of the required supporting documentation as required by the Document Preparation Software (such documentation and forms referred collectively to as "Debtor's Prepared Package") and is prepared to submit the supporting documentation along with the modification forms.

5. Prior to filing this Motion, Debtor's attorney has determined that:

X  Lender is registered with the approved loss mitigation portal ("LMM Portal"). The Debtor's attorney will upload to the LMM Portal, Debtor's Prepared Package together with any additional forms or documents which Lender may post on the LMM Portal, within seven days after entry of the Order.

Lender is not registered. Debtor requests the Court require Lender to register with the LMM Portal within seven days after entry of the Order. The Debtor's attorney will upload to the LMM Portal, Debtor's Prepared Package together with any additional forms or documents which Lender may post on the LMM Portal, within seven days after the Lender has registered.

6. Debtor requests Lender consider (check as many boxes as applicable):

    X   a HAMP or government sponsored loan modification  (Chapter 11, 12 or 13 only)

    X   a conventional loan modification  (Chapter 11, 12 or 13 only)

    D   a deed in lieu of foreclosure (chapter 7 or 13 only)

    D   a state court consent *in rem* final judgment of foreclosure (chapter 7 or 13 only)

    ☐   surrender incentives (chapter 7 or 13 only)

    ☐   other: ————————————————————

7. IF DEBTOR IS REQUESTING NON-RETENTION (SURRENDER) OPTIONS:

    a. Debtor will submit all additional documents required for a surrender as provided for on the LMM Portal.

    b. The Debtor represents that the Property has been listed for sale.

8. Prior to filing this motion, Debtor remitted to Debtor's attorney the required non-refundable LMM Portal submission fee in the amount of $25.00 and the required non-refundable Document Preparation Software fee in the amount of $40.00 for a total fee of $65.00 dollars.

9. Prior to filing this motion, Debtor remitted the required Mediator's fee in the amount of $300.00 to Debtor's attorney, unless the Debtor is seeking pro bono mediation under paragraph 12. Debtor understands and

acknowledges the Mediator's fee is not refundable for any reason at any time.

10. Debtor's attorney will remit the LMM Portal fee directly to the LMM Portal within seven days of the Order and upload the required documents as set forth in paragraph 5.

11. Debtor's attorney:

   X  will forward the Mediator's fee directly to the Mediator within seven days after entry of the Order; OR

   represents that the Debtor requests he/she be considered as a candidate for pro bono mediation because the Debtor's undersigned attorney is representing the Debtor pro bono, or Debtor's income is less than 150% above the poverty level (see attached calculation).

12. Debtor consents to Lender communicating directly with Debtor's attorney for any and all aspects of the loss mitigation mediation program.

13. Debtor requests the Court appoint the following Mediator:

   MEDIATOR'S NAME:  James Fierberg, Esq.

   COMPANY:         Common Ground Mediation, Inc.

   ADDRESS          P.O. Box 41-4925
                    Miami Beach, FL 33141
   TELEPHONE:       (305) 804-4262

   EMAIL ADDRESS: jhfpa@bellsouth.net

14. Debtor's attorney has emailed a copy of this motion directly to the requested Mediator at the email address listed above.

15. Debtor's attorney will upload the Order to the LMM Portal as part of the submission of Debtor's documentation.

**WHEREFORE,** Debtor requests that the Verified Motion be granted and for such other and further relief as this Court deems proper.

### DEBTOR'S VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the fore0Q.H. true and correct on the 18th day of July, 2013.

_____
Debtor

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Debtor's Verified Motion for Referral to Loss Mitigation Mediation was served by U.S, first class Mail, upon the parties listed below on July 18, 2013, and also by email to the Mediator identified above.

BRETT A. ELAM, ESQ.
OZMENT MERRILL
Attorney for Debtor
2001 Palm Beach Lakes Blvd.
Suite 802
West Palm Beach, FL 33401
(561) 833-1113 (telephone)
(561) 689-6767 (facsimile)

By: /s/ Brett A. Elam
    BRETT A. ELAM
    Florida Bar No. 576808

Copies to:

Samantha Carr on behalf of Creditor JPMorgan Chase Bank, National Association
sacarr@logs.com, electronicbankruptcynotices@logs.com

Samantha Carr on behalf of Creditor JPMorgan Chase Bank, National Association
sacarr@logs.com, electronicbankruptcynotices@logs.com

Brett A Elam, Esq. on behalf of Debtor Rebecca J Friedman
ecf@ombkc.com, brett@ombkc.com;zoraida@ombkc.com;drakeozmentlaw@gmail.com

LMM-LF-01 (04/01/13)

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

and by regular U.S. Mail on the 29th day of March, 2014 to:

JPMorgan Chase Bank, N.A. c/o
Five Lakes Agency, Inc.
P.O. Box 80730 Rochester,
MI 48308