## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:

FRIEDMAN, REBECCA

    Debtor.

_____

REBECCA FRIEDMAN,

    Plaintiff,

vs.

JPMORGAN CHASE BANK, NA, and
FLORIDA FORECLOSURE INVESTMENTS LLC

    Defendant.

_____

Case No.: 12-37571-BKC-PGH
Chapter 13 proceeding

Adv.Proc.No.:

## COMPLAINT TO REINSTATE AUTOMATIC STAY, DAMAGES, FOR DECLARATORY JUDGMENT, AND FOR TURNOVER PURSUANT TO BANKRUPTCY RULES 7001(2) AND 7001(9) AND 11 U.S.C. §542

The Plaintiff, **Rebecca Freidman**, by and through undersigned counsel, hereby sues the Defendants, **JPMorgan Chase Bank, NA**, and **Florida Foreclosure Investments, LLC**, pursuant to Bankruptcy Rule 7001 and states:

1.    This is an adversary proceeding brought by **Rebecca Freidman**, to determine validity, priority, and amount of interest in property, for declaratory judgment, and for turnover pursuant to Bankruptcy Rules 7001(2)and 7001(9) and 11 U.S.C. §542.

2.    This Court has jurisdiction over this subject matter pursuant to 28 U.S.C. §§157 and 1334(b).

3.    This is a core proceeding for which the Court is authorized to hear and determine all matters regarding this case in accordance with 28 U.S.C. §§157(b)(2)(G).

4.    This action was commenced by the filing of a voluntary Chapter 13 petition for **Rebecca Friedman** (hereinafter referred to as the "Plaintiff") on November 15, 2012, in Case No. 12-37571-BKC-PGH.

4.     This action was commenced by the filing of a voluntary Chapter 13 petition for **Rebecca Friedman** (hereinafter referred to as the "Plaintiff") on November 15, 2012, in Case No. 12-37571-BKC-PGH.

5.     The Defendant, **JPMorgan Chase Bank, NA**, ("Chase") is financial institution organized under the laws of the State of Delaware, but with operations in the State of Florida.

6.     The Defendant, **Florida Foreclosure Investments, LLC**, ("FFI") is a limited liability company organized under the laws of the State of Florida, with operations in the State of Florida.

7.     In or about 2003, the Plaintiff purchased real property located at 316 Murray Road, West Palm Beach, FL 33405 ("Real Property").   As part of the purchase of the Real Property, the Plaintiff obtained a mortgage from the Defendant, as well as a second mortgage.

8.     Prior to the filing of the bankruptcy, in January 2007, the Plaintiff had a stroke due to what doctors believe was a soft tissue disorder.   However, despite the mounting medical bills, the Plaintiff continued with her mortgage payments until in or about 2008, at which time she was simply unable to make the payments.

9.     In or about 2008 Chase instituted a foreclosure action in the Circuit Court in and for Palm Beach County, Florida, Case No.: 502008CA029133XXXXMBAW.   At that time, the Plaintiff hired Donald Tiller as her attorney.

10.     Pursuant to standard operating procedure at that time, the Plaintiff applied for a loan modification.   Despite Plaintiff's diligence, during this process she experienced numerous rule changes in Chase's procedures, lack of diligence on the part of Chase, and certain portions of her files "timing out" due to negligence, which resulted in an inordinate amount of applications.

11.     The Plaintiff ultimately applied for a loan modification through NACA.   However, Chase stalled the process enough and lost certain portions of her application that the Plaintiff was required to reapply.

12.     In 2009 the Plaintiff was granted a trial modification ("2009 Modification") by Chase.   The Plaintiff completed the required payments under the 2009 Modification.   Moreover, the Plaintiff made an extra payment while waiting to receive the permanent modification.

13.     The Plaintiff contacted Chase, and was verbally told over the telephone that she was granted a permanent modification.   However, Chase requested that she stop making extra payments, as this would throw off the calculations of the permanent modification.

2

14.    Subsequent to Chase's final portion of underwriting, the Plaintiff was informed that the permanent modification would be declined.    After the permanent modification was denied, the Plaintiff pointed out Chase had reviewed an incorrect pay stub during the final underwriting process.    Despite Chase's incorrect evaluation, the Plaintiff was required to reapply.

15.    Based upon this information, the Plaintiff reapplied for her modification.    During this reapplication process, the Plaintiff was informed she had pending at least ten (10) modification applications.

16.    During the last series of applications, the representative for Chase, Kelly Sprunk, informed the Plaintiff that she was sure she would be denied as her lender would not grant modifications. It was then discovered that Chase had sold Plaintiff's loan.

17.    Due to this information, the Plaintiff was required to file the instant Chapter 13 bankruptcy.    Simultaneously with the filing of the Petition, the Plaintiff filed her Chapter 13 Plan of Reorganization.    Pursuant to the Plan, Chase was to be paid a modified mortgage payment.

18.    The Plaintiff made the first two (2) Chapter 13 Plan payments to the Chapter 13 Trustee, which included the modified payments to Chase.    At that time, the Plaintiff elected to pay the Chase debt outside the Plan, as there was no modification program in place at that time.    The Plaintiff made the payments outside the Plan, including overnighting a payment directly to Chase.

19.    The Plaintiff contacted Chase to determine the correct amount of her mortgage payment, so that she could send the correct amount.    The amount that was given to the Plaintiff was incorrect, as it was too low.    At that time, the Plaintiff contacted numerous departments to obtain the correct amount.    Finally, she was provided this information by the insurance department.

20.    Subsequent to obtaining the payment information, the Plaintiff continued making the monthly payment to Chase direct, outside the Chapter 13 Plan.    However, despite, the payments being made, on March 21, 2013, Chase filed a Motion for Relief from the Automatic Stay **(DE#33)**.

21.    Pursuant to the allegations in the Motion, Chase asserted that no payments had been made towards the debt.    However, as evidenced by the attached bank statements, Chase had received numerous payments related to the debt during the time frame covered by the Stay Relief Motion.

22.     On March 28, 2013, the Bankruptcy Court entered its Order Confirming Third Amended Chapter 13 Plan of Reorganization **(DE#37)**.   Based upon the Confirmation Order, Chase withdrew its Motion for Relief from the Automatic Stay.

23.     At this time, the Bankruptcy Court had implemented a new modification program for debtors in need of help.   As a result, the Debtor sought referral to the Court's new Loss Mitigation Mediation Program ("LMM").   During the time the Referral Motions were pending, the Plaintiff was told by Chase of an accounting error uncovered in its accounting department. Also, the Plaintiff was assured it had been rectified.   However, the payments made by the Plaintiff vanished.

24.     The Plaintiff was informed that the funds paid by her during the Chapter 13 bankruptcy were used to pay Chase's attorneys.   This statement was later retracted by Chase representatives, but was never proven.

25.     Despite these errors, Chase objected to the Debtor entering the LMM.   Finally, the Court denied the request by the Plaintiff to enter LMM.   Subsequent to the denial of the LMM request, Chase quickly moved forward with the foreclosure sale.

26.     Subsequent to the foreclosure sale, the Plaintiff filed her Objection to the Foreclosure Sale.   However, the Plaintiff was not informed of the hearing, and this Objection was overruled.   The purchaser of the real property, FFI, has a hearing on its Motion for Writ of Possession June 25, 2014.

## COUNT I – DECLARATORY JUDGMENT DETERMINING REINSTATEMENT OF THE AUTOMATIC STAY *NUNC PRO TUNC* MARCH 28, 2013

27.     The Plaintiff asserts and realleges paragraphs 1 through 26 as if fully set forth herein.

28.     Pursuant to the language set forth in the Order Confirming the Third Amended Chapter 13 Plan, Chase was granted stay relief upon confirmation of the case.

29.     However, based upon the actions of Chase, as set forth herein, the Plaintiff respectfully requests that the Court enter a declaratory judgment reinstating the automatic stay, finding that any action of Chase subsequent to the confirmation of this case to have been in violation of the automatic stay.

30.     The Plaintiff respectfully requests that the Court enter an Order finding that any action taken JPMorgan Chase Bank, NA, subsequent to the entry of the Confirmation Order on March 28, 2013, is void.

4

## COUNT II – PERMANENT INJUNCTION

31.     The Plaintiff asserts and realleges paragraphs 1 through 26 as if fully set forth herein.

32.     This is an action to impose an injunction as to Florida Foreclosure Investment, LLC, and JPMorgan Chase Bank, NA, under Federal Rule of Bankruptcy Procedure 7001(7) and 7065, and 11 U.S.C. § 105.   The Plaintiff has no adequate remedy at law.   If the Plaintiff does not receive emergency relief, she will suffer direct, immediate and substantial irreparable harm.

33.     The foreclosure sale of the Plaintiff's homestead real property has occurred, and the third party purchaser has moved for a Writ of Possession.   If FFI is allowed to move forward with the hearing scheduled for June 25, 2014, and obtain a Writ of Possession, the Plaintiff will be irreparably harmed.

34.     The Plaintiff has asserted that the automatic stay should be reinstated based upon the actions of Chase, and that she has a likelihood of success on the merits of her action. Accordingly, the Court should enter a permanent injunction stopping the third party purchaser from seeking the Fifteenth Judicial Circuit in and for Palm Beach County, Florida from issuing a Writ of Possession as to the real property in question.

35.     The Plaintiff respectfully requests that the Court find that she will suffer irreparable harm should the third party purchaser be allowed to seek a Writ of Possession, and enter a permanent injunction from the third party from doing same.

32.    The foreclosure sale of the Plaintiff's homestead real property has occurred, and the third party purchaser has moved for a Writ of Possession.   If the third party purchaser is allowed to move forward with the hearing scheduled for June 25, 2014, and obtain a Writ of Possession, the Plaintiff will be irreparably harmed.

33.    The Plaintiff has asserted that the automatic stay should be reinstated based upon the actions of Chase, and that she has a likelihood of success on the merits of her action. Accordingly, the Court should enter a permanent injunction stopping the third party purchaser from seeking the Fifteenth Judicial Circuit in and for Palm Beach County, Florida from issuing a Writ of Possession as to the real property in question.

34.    The Plaintiff respectfully requests that the Court find that she will suffer irreparable harm should the third party purchaser be allowed to seek a Writ of Possession, and enter a permanent injunction from the third party from doing same.

## VERIFICATION

I have read the foregoing Verified Complaint/Motion for   ABC and do hereby verify that the allegations contained therein are true and correct.

_____
REBECCA FRIEDMAN

The foregoing instrument was acknowledged before me this __16th__ day of June, 2014, by . REBECCA FRIEDMAN is [check one]:

[ ] personally known to me; or

[✓] has produced a driver's license or _F63 573063_   as identification and did take an oath.                                                              8240

_____
(SEAL)

Notary Public (Signature)

Monica Alomia
Print Name

MONICA ALOMIA
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF109168
Expires 4/6/2018

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated on this the 20th day of June, 2014.

**BRETT A. ELAM, P.A.**


/s/ Brett A. Elam
BRETT A. ELAM, ESQ.
Attorney for Plaintiff
Florida Bar No.: 576808
105 S. Narcissus Avenue
Suite 802
West Palm Beach FL 33401
Telephone:   (561) 833-1113
Facsimile:    (561) 833-1115

ık Online Banking

Privacy    Security    Sign Off

Last Sign On: Thursday, June 27, 2013 at 1:00 p
Email: rjwebeblue@gmail.com  E

My Accounts      Transfer Funds      Pay Bills      Alerts      Customer Service      My Offers

Summary    Account Activity

## Account Activity

Interest Checking XXXXXX7015      Available Balance: $13.38  ⓘ

Account Activity  |  Online Statements

Statement for the period ending   01/18/2013  ⬦

Edit Account Nickname

Print Statement  |  Edit Preferen

Statement Summary      Activity Detail      Daily Balance Detail      Messages

Activity Type:                          Amount: •          Check No: •

All Activity                      ⬦

* Amount and Check Number are optional fields      from       to          from       to

Search          Export

Transactions

| Date | Amount | Description |
|------|--------|-------------|
| 12/20/2012 | $350.00 | 2895 Check Card Purchase Kravis Center Box Off |
| 01/10/2013 | $1,584.00 | Mobile Deposit Reference No. XXXX2045 |
| 01/15/2013 | $1,584.00 | Web Pmt Single - Onlinepmt Chapter13Trust XX4808 |
| 01/15/2013 | $1.50 | Web Pmt Single - Onlinefee Weinerprocfees XX4809 |

Equal Housing Lender 🏠 **Member FDIC**

Interactive Demo  |  Online Banking & Bill Pay Guarantee  |  Service Agreement  |  Privacy Policy  |  Online Security
© Copyright 2013   The PNC Financial Services Group, Inc.  All Rights Reserved

ık Online Banking

**Interest Checking XXXXXX7015**    Available Balance: **$13.38**  ⓘ

Account Activity  |  Online Statements

Edit Account Nickname

Statement for the period ending  02/19/2013  ⬍

🖨 Print Statement  |  Edit Preferen

| Statement Summary | Activity Detail | Daily Balance Detail | Messages |
|---|---|---|---|

Activity Type:

All Activity  ⬍

Amount:  *

Check No:  *

* Amount and Check Number are optional fields

from    to    from    to    Search    Export

**Transactions**

| Date | Amount | Description |
|---|---|---|
| 01/31/2013 | $300.00 | Deposit Reference No. XXXXX9940 |
| 02/01/2013 | $280.00 | CHECK 240 REF. NO. 073130987 |
| 02/04/2013 | $15.85 | POS Purchase CVS XXXX XXXX West Palm Be Fl |
| 02/05/2013 | $400.00 | Deposit Reference No. XXXXX8342 |
| 02/05/2013 | $136.72 | POS Purchase CVS XXXX XXXX West Palm Be Fl |
| 02/08/2013 | $1,584.00 | Mobile Deposit Reference No. XXXX4857 |
| 02/08/2013 | $96.62 | POS Purchase Paws On The Av Lake Worth Fl |
| 02/08/2013 | $106.49 | POS Purchase Publix Super M Lake Worth Fl |
| 02/14/2013 | $1,271.85 | Direct Payment - Ln Pmt Chasehomefinance XXXXXX8569 |
| 02/14/2013 | $220.00 | Web Pmt Single - Onlinepmt Chapter13Trust XX0074 |
| 02/14/2013 | $1.50 | Web Pmt Single - Onlinefee Weinerprocfees XX0075 |
| 02/15/2013 | $118.02 | POS Purchase Publix Super M West Palm Be Fl |

Equal Housing Lender  🏠  **Member FDIC**

Interactive Demo  |  Online Banking & Bill Pay Guarantee  |  Service Agreement  |  Privacy Policy  |  Online Security
© Copyright 2013   The PNC Financial Services Group, Inc.  All Rights Reserved

ık Online Banking

My Accounts        Transfer Funds        Pay Bills        Alerts        Customer Service        My Offers

Summary        Account Activity

## Account Activity

**Interest Checking XXXXXX7015**        **Available Balance: $13.38**  ⓘ

Account Activity  |  Online Statements

Edit Account Ni

Statement for the period ending   03/19/2013  ⇕

⊡ Print Statement | Edit P

| Statement Summary | Activity Detail | Daily Balance Detail | Messages | | |
|---|---|---|---|---|---|
| **Activity Type:** | | Amount: * | Check No: * | | |
| All Activity  ⇕ | | | | Search | Export |
| * Amount and Check Number are optional fields | | from        to | from        to | | |

**Transactions**

| Date | Amount | Description |
|---|---|---|
| 03/11/2013 | $12.00 | 2895 Check Card Purchase Paypal *Falkcompany |
| 03/11/2013 | $0.36 | International POS Fee Via 0309 Gb |
| 03/13/2013 | $1,400.00 | Mobile Deposit Reference No  XXXX0877 |
| 03/13/2013 | $35.58 | POS Purchase Publix Super M West Palm Be Fl |
| 03/15/2013 | $86.12 | Web Pmt Single - Onlinepmt Chapter13Trust XX4641 |
| 03/15/2013 | $1.50 | Web Pmt Single - Onlinefee Weinerprocfees XX4642 |
| 03/18/2013 | $1,271.85 | CHECK 237 REF  NO  070515035 |
| 03/18/2013 | $35.58 | 2895 Check Card Purchase Fedex 801793136693 |

8/18/13                                                   PNC Online Banking

ⓑ **PNC** *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 03/18/2013 | Check 237 | $1,271.85 | 1200827015 |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 7 a.m. - 10 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.

**REBECCA J FRIEDMAN**
316 MURRAY RD
WEST PALM BEACH, FL 334052920

CHECK RECEIVED                                              237

MAR 15 2013   19 March 2013                    63-0419/2670
                                                           827

PAY to the Order of   Chase   DELINQUENT CHECK CONTROL   | $ 1271 85/xx

one thousand two hundred seventeen ... Dollars

ⓑ **PNCBANK**
PNC Bank, N.A.   001
Florida

For #024406569 loan.                    Rebecca Friedman

⑆2670841 99⑆   ⑈1200827015⑈   0237

Pay to the Order of JPM Bank N.A

© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

Charles Schwab Client Center

8/18/13

Charles Schwab Client Center

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 04/17/2013 | VISA | CANAL ANIMAL HOSPILAKE WORTH, FL #000000 | $100.00 | $1,691.45 |
| 04/17/2013 | VISA | PUBLIX SUPER MAR 214 NO LAKE WORTH | $188.49 | $1,791.45 |
| 04/17/2013 | VISA | Paws on the Avenue Lake Worth | $62.60 | $1,979.94 |
| 04/15/2013 | VISA | PUBLIX SUPER MAR 214 NO LAKE WORTH | $150.33 | $2,042.54 |
| 04/15/2013 | ACH | PAYPAL INST XFER 130413 | $9.94 | $2,192.87 |
| 04/14/2013 | VISA | KRAVIS CENTER BOX 561-832-7469, FL #0000 | $20.00 | $2,202.81 |
| 04/13/2013 | VISA | CANAL ANIMAL HOSPILAKE WORTH, FL #000000 | $54.00 | $2,222.81 |
| 04/12/2013 | VISA | CANAL ANIMAL HOSPILAKE WORTH, FL #000000 | $49.05 | $2,276.81 |
| 04/12/2013 | VISA | CANAL ANIMAL HOSPILAKE WORTH, FL #000000 | $45.00 | $2,325.86 |
| 04/12/2013 | VISA | PUBLIX SUPER MAR 214 NO LAKE WORTH | $78.14 | $2,370.86 |
| 04/12/2013 | VISA | USPS 1150270432/720 LUC LAKE WORTH | $19.95 | $2,449.00 |
| 04/12/2013 | ATM | PNC BANK 399 FOREST HIL W. PALM BEACH | $143.00 | $2,468.95 |
| 04/12/2013 | ACH | CHASEHOMEFINANCE LN PMT | $1,271.85 | $2,611.95 |

<Previous    Next>

1.

(2007-4227)

Accounts  Trade  Research  Products  Guidance  Service
Summary  Balances  Positions  History  Portfolio Performance  Transfers & Payments  Message Center

**Brokerage Products: Not FDIC Insured    No Bank Guarantee    May Lose Value**

Charles Schwab & Co., Inc., Charles Schwab Bank, and optionsXpress, Inc. are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Brokerage products are offered by Charles Schwab & Co., Inc. (Member SIPC    ) ("Schwab") and optionsXpress, Inc. (Member SIPC    ) ("optionsXpress"). Deposit and lending products and services are offered by Charles Schwab Bank, Member FDIC and an Equal Housing Lender ("Schwab Bank").

Bank sweep accounts are generally held at Charles Schwab Bank. Funds deposited at Schwab Bank are insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000 when aggregated with all other deposits held by you in the same capacity at Schwab Bank. Funds on deposit at Schwab Bank are not deposits or obligations of Charles Schwab & Co. Inc and may not be covered by the Securities Investor Protection Corporation (SIPC    ). NOTE: Funds deposited at an FDIC insured institution are insured, in aggregate, up to $250,000 per depositor, per insured institution based upon account type by the Federal Deposit Insurance Corporation (FDIC).

© 2013 Charles Schwab & Co., Inc. All rights reserved. Unauthorized access is

Back t

Account: 4400-1846
Today's Date: 12:55 PM ET, 08/18

k Online Banking

| Statement Summary | Activity Detail | | Daily Balance Detail | | Messages |

**Activity Type:**

All Activity

* Amount and Check Number are optional fields

Amount: *

from    to

Check No: *

from    to

Search    Export

## Transactions

| Date | Amount | Description |
|------|--------|-------------|
| 11/20/2009 | $11.18 | 6945 Check Card Purchase Starbucks USA 00101535 |
| 11/20/2009 | $7.43 | POS Purchase Paws On The Av Lake Worth Fl |
| 11/20/2009 | $2.93 | 6945 Check Card Purchase Starbucks USA 00101535 |
| 11/23/2009 | $10.00 | Online Transfer From XXXXXX5482 |
| 11/23/2009 | $52.95 | POS Purchase Publix Super M West Palm Be Fl |
| 11/23/2009 | $31.41 | POS Purchase Paws On The Av Lake Worth Fl |
| 11/23/2009 | $11.91 | POS Purchase CVS XXXX XXXX West Palm Be Fl |
| 11/23/2009 | $9.43 | 6945 Check Card Purchase Starbucks USA 00101535 |
| 11/23/2009 | $7.92 | 6945 Check Card Purchase Nature's Way Cafe - La |
| 11/23/2009 | $7.92 | 6945 Check Card Purchase Nature's Way Cafe - La |
| 11/23/2009 | $2.64 | 6945 Check Card Purchase Starbucks USA 00101535 |
| 11/27/2009 | $2,300.00 | Deposit Reference No XXXXX5555 |
| 11/27/2009 | $99.00 | 8257 Check Card Purchase Apl*Mobileme |
| 11/30/2009 | $98.46 | Check Card Credit Apl*Mobileme Www Me Com |
| 11/30/2009 | $64.45 | POS Purchase CVS XXXX XXXX West Palm Be Fl |
| 11/30/2009 | $57.25 | POS Purchase Paws On The Av Lake Worth Fl |
| 11/30/2009 | $38.87 | POS Purchase Paws On The Av Lake Worth Fl |
| 11/30/2009 | $11.95 | 8257 Check Card Purchase Network Solutions, Llc |
| 11/30/2009 | $9.43 | 6945 Check Card Purchase Starbucks USA 00101535 |
| 11/30/2009 | $7.92 | 6945 Check Card Purchase Nature's Way Cafe - La |
| 12/02/2009 | $50.00 | 6945 Check Card Purchase Asthma Allergy Immunol |
| 12/02/2009 | $1,143.30 | Direct Payment - Ln Pmt Chasehomefinance XXXXXX8569 |
| 12/02/2009 | $305.40 | Phone Order Pmt- Elec Pymt Fpl Direct Debit XXXXX2110 Telv |
| 12/03/2009 | $50.00 | 6945 Check Card Purchase William S Berman MD |

# PNC Access Checking Statement

*January 2010*

For 24-hour information, sign on to PNC Bank Online Banking
an pnc com

Account Number:  12-0082-7015  - continued

For the period  12/18/2008  to  01/19/2010
REBECCA J FRIEDMAN
Primary account number:  12-0082-7015
Page 5 of 5

## Banking/Check Card Withdrawals and Purchases
- continued

| Date | Amount | Description |
|------|--------|-------------|
| 01/11 | 88.88 | 6945 Check Card Purchase At&T Qd Flp  800-33105 |
| 01/13 | 25.00 | 6945 Check Card Purchase Dr Teran  West Palm B |
| 01/19 | 92.67 | POS Purchase CVS 03400 0340 West Palm Be Fl |
| 01/19 | 25.00 | 6945 Check Card Purchase Canal Animal Hospital |
| 01/19 | 10.00 | 6945 Check Card Purchase Hmd* Town and Countr |
| 01/19 | 5.00 | 6945 Check Card Purchase Hmd* Harper's Bazaar |

## Online and Electronic Banking Deductions

| Date | Amount | Description |
|------|--------|-------------|
| 12/30 | 236.08 | Phone Order Pmt- Elec Pymt |
|  |  | Fpl Direct Debit 0436492110 Telv |
| 01/04 | 1,143.30 | Direct Payment - Ln Pmt |
|  |  | Chasehomefinance XXXXXX6569 |
| 01/11 | 25.00 | Web Pmt Single - Online Pmt |
|  |  | Capital One 000839910389728 |
| 01/12 | 45.11 | Direct Payment - Ins Prem |
|  |  | Prog American 76964208 ,Rebec |

There were 4 Online or Electronic Banking Deductions totaling $1,449.49.

## Other Deductions

| Date | Amount | Description |
|------|--------|-------------|
| 12/22 | 25.00 | Overdraft Item Fee |
| 12/22 | 25.00 | Overdraft Item Fee |
| 12/22 | 25.00 | Overdraft Item Fee |
| 12/22 | 25.00 | Overdraft Item Fee |

There were 4 Other Deductions totaling $100.00.

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 12/18 | 74.99 | 12/29 | 1,919.50 | 01/07 | 1,168.74 | 01/12 | 511.42 |
| 12/21 | 10.60- | 12/30 | 1,634.24 | 01/08 | 1,118.74 | 01/13 | 486.42 |
| 12/22 | 110.60- | 12/31 | 1,565.36 | 01/11 | 556.53 | 01/19 | 353.77 |
| 12/28 | 2,089.40 | 01/04 | 168.74 |  |  |  |  |

## ...k Online Banking

| Statement Summary | Activity Detail | Daily Balance Detail | Messages |
| --- | --- | --- | --- |

**Activity Type:**

All Activity

Amount *                Check No: *

* Amount and Check Number are optional fields

from    to        from    to        Search        Export

### Transactions

| Date | Amount | Description |
| --- | --- | --- |
| 11/20/2009 | $11.18 | 6945 Check Card Purchase Starbucks USA 00101535 |
| 11/20/2009 | $7.43 | POS Purchase Paws On The Av Lake Worth Fl |
| 11/20/2009 | $2.93 | 6945 Check Card Purchase Starbucks USA 00101535 |
| 11/23/2009 | $10.00 | Online Transfer From XXXXXX5482 |
| 11/23/2009 | $52.95 | POS Purchase Publix Super M West Palm Be Fl |
| 11/23/2009 | $31.41 | POS Purchase Paws On The Av Lake Worth Fl |
| 11/23/2009 | $11.91 | POS Purchase CVS XXXX XXXX West Palm Be Fl |
| 11/23/2009 | $9.43 | 6945 Check Card Purchase Starbucks USA 00101535 |
| 11/23/2009 | $7.92 | 6945 Check Card Purchase Nature's Way Cafe - La |
| 11/23/2009 | $7.92 | 6945 Check Card Purchase Nature's Way Cafe - La |
| 11/23/2009 | $2.64 | 6945 Check Card Purchase Starbucks USA 00101535 |
| 11/27/2009 | $2,300.00 | Deposit Reference No XXXXX5555 |
| 11/27/2009 | $99.00 | 8257 Check Card Purchase Apl*Mobileme |
| 11/30/2009 | $99.46 | Check Card Credit Apl*Mobileme Www Me Com |
| 11/30/2009 | $84.45 | POS Purchase CVS XXXX XXXX West Palm Be Fl |
| 11/30/2009 | $57.25 | POS Purchase Paws On The Av Lake Worth Fl |
| 11/30/2009 | $38.87 | POS Purchase Paws On The Av Lake Worth Fl |
| 11/30/2009 | $11.95 | 8257 Check Card Purchase Network Solutions, Llc |
| 11/30/2009 | $9.43 | 6945 Check Card Purchase Starbucks USA 00101535 |
| 11/30/2009 | $7.92 | 6945 Check Card Purchase Nature's Way Cafe - La |
| 12/02/2009 | $50.00 | 6945 Check Card Purchase Asthma Allergy Immunol |
| 12/02/2009 | $1,143.30 | Direct Payment - Ln Pmt Chasehomefinance XXXXXX8569 |
| 12/02/2009 | $305.40 | Phone Order Pmt- Elec Pymt Fpl Direct Debit XXXXX2110 Telv |
| 12/03/2009 | $50.00 | 6945 Check Card Purchase William S Berman MD |

# CHASE

34512 Page 1 of 3

Customer Services Center          1-866-248-8861
Monday - Friday                    8 a.m - 8 pm (ET)

Hearing Impaired (TDD)             1-800-582-0542

chase.com



34512 MWD Z 008130 - 5RE
REBECCA FRIEDMAN
316 MURRAY RD
WEST PALM BEACH FL 33405-2920

## Mortgage Loan Statement

| | |
|---|---|
| Loan Number | 0626466569 |
| Statement Date | 02/07/2013 |
| Property Address | 316 Murray Rd |
| | West Palm Beach, FL 33405 |
| Monthly Payment | $1,271.85 |

## Important Messages

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. If your Plan requires you to make post-petition mortgage payments directly to the Trustee, any such payments should be remitted to the Trustee directly in accordance with the orders of the Bankruptcy Court.

IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDENTS. If you are a federal or state military servicemember who is, or within the last year was, on "active duty" or "active service," or a dependent of such a servicemember, you may be entitled to certain legal rights and protections. For more information you may contact Chase Military Services toll free at 877-469-0110 to discuss your status.

### Total Payment Includes

| | |
|---|---|
| Principal and Interest | $735.30 |
| Escrow Payment | $536.55 |
| Total Payment | $1,271.85 |

## Amount Paid Year-To-Date

| | |
|---|---|
| Principal | $0.00 |
| Interest | $0.00 |

### Loan Overview

| | |
|---|---|
| Original Principal Balance | $126,000.00 |
| Unpaid Principal Balance | $114,882.96 |
| Interest Rate | 5.75000% |
| Escrow Balance | ($25,126.20) |
| Unapplied Balance | $742.18 |

## Activity Since Your Last Statement

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Fees |
|---|---|---|---|---|---|---|
| 12/19/2012 | *CHARGE FOR SERVICE | | | | | |
| 12/20/2012 | *CHARGE FOR SERVICE | | | | | $85.00 |
| 12/20/2012 | *CHARGE FOR SERVICE | | | | | $100.00 |
| 12/22/2012 | *CHARGE FOR SERVICE | | | | | $40.00 |
| 12/22/2012 | *CHARGE FOR SERVICE | | | | | $70.00 |
| 12/22/2012 | *CHARGE FOR SERVICE | | | | | $165.00 |
| 12/26/2012 | *CHARGE FOR SERVICE | | | | | $185.00 |
| | | | | | | $250.00 |

▼ Please detach and return the bottom portion of this statement with your payment using the enclosed envelope. ▼

0000626466596 333000 00127185 00130862 00127185 00001

# CHASE

☐ Check box if address change is documented on the back

REBECCA FRIEDMAN
Loan Number          0626466569
Total Payment        $1,271.85

Please tell us how you want us to apply your funds. If you do not tell us how to apply them, the funds may not be applied as you wish and this could cause delays.

| | |
|---|---|
| Monthly Payment | $ |
| ($1,271.85) | |
| Late Charges | $ |
| Fees Due | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Payment Enclosed | $ |

CHASE
PO BOX 9001871
LOUISVILLE KY 40290-1871

Make your check or money order payable to Chase and write your loan number on it. Please do not send post-dated checks or cash.

⑆500005036⑆

# CHASE ○

Mortgage Loan Statement
Page 2 of 3

Loan Number            0625466569
Statement Date         02/07/2013
Property Address        316 Murray Rd
                       West Palm Beach  FL  33405

REBECCA FRIEDMAN
315 MURRAY RD
WEST PALM BEACH FL 33405-2920

### ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY

## Important Messages (continued)

*Examples of Charge for Service include expenses for property inspections, home valuations, home maintenance services, and legal fees which are generally incurred when your account is past due. These additional amounts are owed by you but not required to be paid with your monthly payment. These amounts may be settled or collected by us prior to or at the time of the full payoff of the account. If you have questions, please call the Customer Service phone number listed at the top of your statement.

**Please refer to the bankruptcy information in this statement for more information relating to your case.**

**Chase has many programs and benefits available to meet the unique needs of our military and veteran customers and their families. For more information, visit ChaseMilitary.com**

If you receive or expect to receive an insurance claim check for damages to your home, visit **www.chase.com/InsuranceClaim** for information about the claim process. You can also call us at 866-742-1461 from 8:00 a.m. to 12:00 a.m. ET, Monday through Thursday, and 8:00 a.m. to 10:00 p.m. ET on Friday, with any additional questions.

Please Note: This statement is not a request for payment. It is for informational purposes only. However, if you elect to make a payment, you may use the attached coupon below.

For questions about your account, please call a Chase Bankruptcy Support Specialist at 1-866-243-5851, Monday through Friday, from 8:00 a.m. to 5:00 p.m. Eastern Time.

Please make sure your loan number, printed on the upper right hand corner of your statement, is on all payments and inquiries.

0000002 1824 130207 Page 2 of 3      38512



**CHASE** ⬡

Bankruptcy Information

| | |
|---|---|
| Loan Number | 0626466508 |
| Statement Date | 02/07/2013 |
| Property Address | 315 Murray Rd |
| | West Palm Beach FL 33405 |

REBECCA FRIEDMAN
315 MURRAY RD
WEST PALM BEACH FL 33405-2920

**ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY**

## Contact Information

Bankruptcy Customer Care Phone: 1-866-243-5851

**Send correspondence only to:**
CHASE RECORDS CENTER
ATTN: CORRESPONDENCE MAIL
MAIL CODE LA4-5555
700 KANSAS LANE
MONROE, LA 71203

**Send payments only to:**
CHASE
PO BOX 9001871
LOUISVILLE, KY 40290-1871

**Send overnight payments only to:**
CHASE
3415 VISION DRIVE
MAIL CODE: OH4-7133
COLUMBUS, OH 43219

## Payment Summary Information

| | |
|---|---|
| Bankruptcy Status | Active Bankruptcy |
| Post-Petition Due Date | 12/01/12 |
| | (Date next payment due) |
| Post-Petition Payment Amount | $1,271.85 |
| Breakdown Post-Petition Payment (PITI) | see below |
| Outstanding Post-Petition Late Charges | $0.00 |
| Total Amount Due | $0.00 |

## Important Messages

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. If your Plan requires you to make post-petition mortgage payments directly to the Trustee, any such payments should be remitted to the Trustee directly in accordance with the orders of the Bankruptcy Court.

If you do not wish to receive this monthly Information Statement in the future, or if you have any questions regarding this mortgage/deed of trust account, please call 1-800-848-9380.



0000002 1824 130207 Page 3 of 3  38512

## Account Information

| | |
|---|---|
| Bankruptcy Chapter: | 13 |
| Contractual Due Date (For Information Purposes Only) | 08/01/2006 |
| Interest Rate | 5.75000% |
| Late Charge Fee (per month) | $36.77 |
| Original Maturity Date | 05/2033 |
| Current Principal Balance* | $114,882.96 |
| Current Escrow Balance | ($25,126.20) |

*This is your Principal Balance only, not the amount required to pay your loan in full.

## Year-To-Date Account Activity

| | |
|---|---|
| Principal Paid | $0.00 |
| Interest Paid | $0.00 |

# CHASE ⃝

46167  Page 1 of 3

Customer Service Center
Monday - Friday

1-800-xxx-xxxx
8 a.m - 5 p.m. (ET)

Hearing Impaired (TDD)

1-800-582-8642



chase.com

REBECCA FRIEDMAN
318 MURRAY RD
WEST PALM BEACH FL 33405-2920

## Mortgage Loan Statement

| | |
|---|---|
| Loan Number | 0625466569 |
| Statement Date | 03.14.2013 |
| Property Address | 318 Murray Rd West Palm Beach, FL 33405 |
| Monthly Payment | $1,271.85 |

## Important Messages

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. If your Plan requires you to make post-petition mortgage payments directly to the Trustee, any such payments should be remitted to the Trustee directly in accordance with the orders of the Bankruptcy Court.

**IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDENTS**
If you are a federal or state military servicemember who is, or within the last year was, on "active duty" or "active service," or a dependent of such a servicemember, you may be entitled to certain legal rights and protections. For more information you may contact Chase Military Services toll free at 877-469-0110 to discuss your status.

## Total Payment Includes

| | |
|---|---|
| Principal and Interest | $735.30 |
| Escrow Payment | $536.55 |
| Total Payment | $1,271.85 |

## Amount Paid Year-To-Date

| | |
|---|---|
| Principal | $370.52 |
| Interest | $1,100.08 |

## Loan Overview

| | |
|---|---|
| Original Principal Balance | $126,000.00 |
| Unpaid Principal Balance | $114,512.44 |
| Interest Rate | 5.75000% |
| Escrow Balance | ($25,126.16) |
| Unapplied Balance | $543.39 |

## Activity Since Your Last Statement

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Fees |
|---|---|---|---|---|---|---|
| 02/13/2013 | PAYMENT | $1,271.85 | $184.82 | $550.48 | $0.02 | |
| 02/13/2013 | UNAPPLIED CASH | $536.53 | | | | |
| 02/19/2013 | PAYMENT | | $186.70 | $549.60 | $0.02 | |
| 02/19/2013 | UNAPPLIED CASH | ($735.32) | | | | |
| 03/01/2013 | FAX FEE WAIVED | | | | | $30.00 |
| 03/01/2013 | MISC FEE WAIVED | | | | | $174.70 |
| 03/01/2013 | CORP ADV FEE PAID | | | | | $78.00 |
| 03/01/2013 | UNAPPLIED CASH | $78.00 | | | | |
| 03/01/2013 | CORP ADV FEE PAID | | | | | $60.00 |
| 03/01/2013 | UNAPPLIED CASH | $60.00 | | | | |

(continued)

0000002 1824 130314 Page 1 of 3   46167

▼       Please detach and return the bottom portion of this statement with your payment using the enclosed envelope       ▼

0000626466596 333000 00127185 00130862 00127185 00001

# CHASE ⃝

☐ Check box if address change is documented on the back

REBECCA FRIEDMAN
Loan Number          0625466569
Total Payment        $1,271.85

Please tell us how you want us to apply your funds. If you do not tell us how to apply them, the funds may not be applied as you wish and this could cause delays.

| | |
|---|---|
| Monthly Payment ($1,271.85) | $ |
| Late Charges | $ |
| Fees Due | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Payment Enclosed | $ |

Make your check or money order payable to Chase and write your loan number on it. Please do not send post-dated checks or cash.

CHASE
PO BOX 9001871
LOUISVILLE KY 40290-1871

⑄5000050261⑈ 0000626466569⑈

# CHASE

**Mortgage Loan Statement**

Loan Number      0675466568
Statement Date      05 14 2013
Property Address      316 Murray Rd
                  West Palm Beach FL 33405

REBECCA FRIEDMAN
316 MURRAY RD
WEST PALM BEACH FL 33405-2920

## ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY

### Activity Since Your Last Statement (continued)

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Fees |
|---|---|---|---|---|---|---|
| 03/01/2013 | CORP ADV FEE PAID | | | | | $150 00 |
| 03/01/2013 | UNAPPLIED CASH | $150 00 | | | | |
| 03/01/2013 | CORP ADV FEE PAID | | | | | $78 00 |
| 03/01/2013 | UNAPPLIED CASH | ($78 00) | | | | |
| 03/01/2013 | CORP ADV FEE PAID | | | | | $150 00 |
| 03/01/2013 | UNAPPLIED CASH | ($150 00) | | | | |
| 03/01/2013 | CORP ADV FEE PAID | | | | | $60 00 |
| 03/01/2013 | UNAPPLIED CASH | ($60 00) | | | | |

### Important Messages (continued)

*Examples of Charge for Service include expenses for property inspections, home valuations, home maintenance services, and legal fees which are generally incurred when your account is past due. These additional amounts are owed by you but not required to be paid with your monthly payment. These amounts may be settled or collected by us prior to or at the time of the full payoff of the account. If you have questions, please call the Customer Service phone number listed at the top of your statement.

**Please refer to the bankruptcy information in this statement for more information relating to your case.**

**Chase has many programs and benefits available to meet the unique needs of our military and veteran customers and their families. For more information, visit ChaseMilitary.com**

If you receive or expect to receive an insurance claim check for damages to your home, visit **www.chase.com/InsuranceClaim** for information about the claim process. You can also call us at 866-742-1461 from 8 00 a m to 12 00 a m ET, Monday through Thursday, and 8 00 a m to 10 00 p m ET on Friday, with any additional questions

Please Note: This statement is not a request for payment. It is for informational purposes only. However, if you elect to make a payment, you may use the attached coupon below

For questions about your account, please call a Chase Bankruptcy Support Specialist at 1-866-243-5851, Monday through Friday, from 8 00 a m to 5 00 p m Eastern Time

Please make sure your loan number, printed on the upper right-hand corner of your statement, is on all payments and inquiries



**CHASE**

REBECCA FRIEDMAN
315 MURRAY RD
WEST PALM BEACH FL 33406-2920

*Christie*
*8/12/13*

## ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY

### Contact Information

**Bankruptcy Customer Care Phone:** 1-866-243-5851

Send correspondence only to:
CHASE RECORDS CENTER
ATTN. CORRESPONDENCE MAIL
MAIL CODE LA4-5555
700 KANSAS LANE
MONROE, LA 71203

Send payments only to:
CHASE
PO BOX 9001871
LOUISVILLE, KY 40290-1871

Send overnight payments only to:
CHASE
3415 VISION DRIVE
MAIL CODE: OH4-7133
COLUMBUS, OH 43219

### Payment Summary Information

| | |
|---|---|
| Bankruptcy Status | Active Bankruptcy |
| Post-Petition Due Date | 02/01/13 |
| | (Date next payment due) |
| Post-Petition Payment Amount | $1,271.85 |
| Breakdown Post-Petition Payment (PITI) | see below |
| Outstanding Post-Petition Late Charges | $0.00 |
| Total Amount Due | $0.00 |



### Important Messages

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. If your Plan requires you to make post-petition mortgage payments directly to the Trustee, any such payments should be remitted to the Trustee directly in accordance with the orders of the Bankruptcy Court.

If you do not wish to receive this monthly Information Statement in the future, or if you have any questions regarding this mortgage/deed of trust account, please call 1-800-848-9380.



### Account Information

| | |
|---|---|
| Bankruptcy Chapter: 13 | |
| Contractual Due Date (For Information Purposes Only) | 10/01/2008 |
| Interest Rate | 5.75000% |
| Late Charge Fee (per month) | $36.77 |
| Original Maturity Date | 05/2033 |
| Current Principal Balance* | $114,512.44 |
| Current Escrow Balance | ($25,126.16) |

*This is your Principal Balance only, not the amount required to pay your loan in full.

### Year-To-Date Account Activity

| | |
|---|---|
| Principal Paid | $370.52 |
| Interest Paid | $1,100.08 |

# CHASE ○

Escrow Taxes and Insurance Statement

| | |
|---|---|
| Loan Number | |
| Statement Date | 06/21/2013 |
| Reason Number | 12/2013 - 07/2013 |
| Escrow Shortage | $30,063.11 |

REBECCA FRIEDMAN
315 MURRAY RD
WEST PALM BEACH FL 33405-2920

## This Year: December 2012 to July 2013 (continued)

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| 10/2013 | Deposit | $536.55 | $0.00 * | $2,145.20 | $0.00 |
| 11/2013 | Deposit | $536.55 | $0.00 * | | |
| | Withdrawal - COUNTY TAX | $2,467.53 | $0.00 * | $215.22 | $0.00 |
| | Total Deposits | $6,438.53 | $1.20 | | |
| | Total Withdrawals | $6,438.53 | $4,368.51 | | |
| | Account Balance as of 07/2013 | | | | $-29,493.51 |

## Expected Escrow Account Activity

The chart below estimates your escrow account balance for the next 12 months with your new monthly escrow account deposit of $569.63 and any anticipated withdrawals. The chart shows that you will reach your estimated lowest account balance of $-30,063.11 in June 2014 (highlighted below). That is $30,063.11 short of your minimum required balance of $0.00

## Next Year: August 2013 to July 2014

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | | $-29,493.51 |
| 08/2013 | Deposit | $569.63 | | $-28,923.88 | |
| 09/2013 | Deposit | $569.63 | | $-28,354.25 | |
| 10/2013 | Deposit | $569.63 | | $-27,784.62 | |
| 11/2013 | Deposit | $569.63 | | | |
| | Withdrawal - COUNTY TAX | $2,467.53 | | $-29,682.52 | |
| 12/2013 | Deposit | $569.63 | | $-29,112.89 | |
| 01/2014 | Deposit | $569.63 | | $-28,543.26 | |
| 02/2014 | Deposit | $569.63 | | $-27,973.63 | |
| 03/2014 | Deposit | $569.63 | | $-27,404.00 | |
| 04/2014 | Deposit | $569.63 | | $-26,834.37 | |
| 05/2014 | Deposit | $569.63 | | $-26,264.74 | |
| 06/2014 | Deposit | $569.63 | | | |
| | Withdrawal - HOMEOWNER IN | $1,070.00 | | $-26,765.11 | |
| 06/2014 | Withdrawal - WIND/MISC | $3,298.00 | | $-30,063.11 | |
| 07/2014 | Deposit | $569.63 | | $-29,493.48 | |
| | Total Estimated Deposits | $6,835.56 | | | |
| | Total Estimated Withdrawals | $6,835.53 | | | |
| | Estimated Account Balance as of July 2014 | | | | $-29,493.48 |

## Expected Escrow Account Payments

This section reflects the escrow activity that is expected to occur in the next 12 months. The "Total Tax and Insurance Monthly Payment Amount" at the bottom of this chart is your new monthly escrow deposit, as listed on page 1 of this statement.

| Tax | | | Insurance | | |
|---|---|---|---|---|---|
| Item | Annual Expense | Anticipated Date(s) of Payment | Item | Annual Expense | Anticipated Date(s) of Payment |
| COUNTY TAX | $2,467.53 | November 13 | HOMEOWNER IN | $1,070.00 | June 14 |
| | | | WIND/MISC | $3,298.00 | June 14 |

**Total Tax and Insurance Monthly Payment Amount = $569.63**

0000002 1824 130621 Page 2 of 2  04666
0000002 1824 121128 Page 1 of 2  03112

# CHASE ○

📞 Customer Service Center
Monday - Friday                              1-800-848-9136
8 a.m.   12 a.m. ET
8 a.m.   8 p.m. ET
Hearing Impaired (TDD)                       1-800-582-0542

chase.com

04498 EWA 2 17215 C - GRE 2E
REBECCA FRIEDMAN
316 MURRAY RD
WEST PALM BEACH FL 33406-2920

### Escrow: Taxes and Insurance Statement

| | |
|---|---|
| Loan Number | 0626466589 |
| Statement Date | 06/21/2013 |
| Review Period | 12/2012 to 07/2013 |
| Escrow Shortage | $30,063.11 |

## Why am I getting this statement?

You are getting this statement because you have an escrow account. That is a special account that we provide for you to pay your property taxes and/or insurance. It is also known as an Annual Escrow Account Disclosure Statement. With an escrow account, you pay a portion of your taxes and/or insurance monthly instead of once or twice a year. Monthly, part of your monthly mortgage payment goes into your escrow account. When your taxes and/or insurance premiums are due, we pay those bills for you with the money in your escrow account.

Once a year, we are required by law to review your escrow account. This statement includes the results of our review. It includes a history of the activity on your account this year and the activity expected for next year.

For more information about escrow, visit chase.com/ManageMyMortgage.

Chase automatic mortgage payment customers: If your mortgage payment amount changes after an escrow analysis, we'll adjust your payment for you. **Other online bill payment service or military allotment customers:** If your mortgage payment changes after an escrow analysis, you will need to contact your financial services provider to adjust your payment.

### Monthly Home Loan Payment

| | Current Payment | New Payment Effective 08/01/2013 |
|---|---|---|
| Principal & Interest | $735.30 | $735.30 |
| Escrow Account Deposit | $0.02 | $569.63 |
| Plus Account Balance/Shortage | $0.00 | $2,505.26 |
| **Total Payment Amount** | $735.32 | $3,810.19 |

## Summary
**Your escrow account is short $30,063.11.**

There are many possible reasons for your shortage. Some common reasons include: increases in property taxes and/or insurance premiums, tax reassessments, insurance carrier changes, due date changes, fewer than expected escrow deposits. For more information, call us at the number listed above.

Your escrow account will fall $30,063.11 short of the minimum required balance of $0.00 in the next 12 months.

**You have three options to pay the shortage:**

**Option 1:**    **Pay All of the shortage now.**
Use the Escrow Shortage Payment Coupon below. If you pay all of your shortage by 08/01/13, your monthly mortgage payment will be $1,304.93 starting 08/01/13.

**Option 2:**    **Pay part of the shortage now.**
Use the coupon below. The part you don't pay now will be divided evenly and added to your mortgage payment each month. You will see the adjusted amount due in your next statement

**Option 3:**    **Pay nothing now.**
The $30,063.11 will be divided among the next 12 months. We will add $2,505.26 to your monthly mortgage payments. Your new monthly payment will be $3,810.19 starting 08/01/13

▼ Please detach and return the bottom portion of this statement with your payment using the enclosed envelope ▼

# CHASE ○

REBECCA FRIEDMAN

| | |
|---|---|
| Loan Number | 0626466589 |
| Statement Date | 06/21/2013 |
| **Escrow Shortage** | **$30,063.11** |

**Important: Please return this coupon with your check.**

CHASE
PO BOX 9001871
LOUISVILLE KY 40290-1871

### Escrow Payment Options

I understand that my taxes and/or insurance has increased and that my escrow account is short $30,063.11. I have enclosed a check for:

☐ **Option 1:** $30,063.11, the total shortage amount. I understand that if this is received by 08/01/13 my monthly mortgage payment will be $1,304.93 starting 08/01/13.

☐ **Option 2:** $_____, part of the shortage. I understand that the rest of the shortage will be divided evenly and added to my mortgage payment each month.

☐ **Option 3:** You do not need to do anything if you want to have all of your shortage divided evenly among the next 12 months.

Make your check payable to Chase and please include your loan number on your check.



0000626466589b 313002 03006311 00000000

## Balancing Your Escrow Account

There needs to be enough money in your escrow account to pay your property taxes and/or insurance. To do that, federal law allows us to require that you keep a minimum balance in your account. This cash reserve helps to cover any increase in taxes and/or insurance. However, the minimum balance requirement has been waived for your account.

The payments made to and from your escrow account last year help predict your account activity for next year. This year's activity also helps predict what your lowest account balance is likely to be [1]

To balance your escrow account, we compare what your lowest account balance will likely be next year with your minimum required balance. The difference between those two numbers tells us if you need to pay a shortage or if we need to give you a surplus refund.



| | |
|---|---|
| $0.00 | Your minimum required balance |
| $-30,063.11 | Your estimated lowest account balance for 2014 [1] |
| **$30,063.11** | **Your escrow account shortage** |

[1] See the "Estimated Escrow Account Activity" chart in the statement.

## Escrow Account History

The chart below compares this year's activity on your escrow account with our estimates. The estimated amounts came from your last escrow account review.

■  Your most recent mortgage payment due was $735.32. Your mortgage payment includes principal and interest $735.30 and escrow money $0.02.

■  At the time of your last escrow account review, your expected lowest balance was $0.00. The chart below shows that your actual lowest escrow balance was $-29,494.61.

Note: changes in property taxes or insurance premiums create the difference between the estimated and actual amounts in the chart. An "E" in the chart below means expected activity that hasn't occurred yet.

*Indicates a difference between the estimated and actual amounts.

### This Year: December 2012 to July 2013

| Date | Activity | Estimated Amount | Actual Amount | | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|---|
| | Starting Balance | | | | $215.15 | $-25,126.20 |
| 12/2012 | Deposit | $536.55 | $0.00 | * | $751.70 | $-25,126.20 |
| 01/2013 | Deposit | $536.55 | $0.00 | * | $1,288.25 | $-25,126.20 |
| 02/2013 | Deposit | $536.55 | $0.04 | * | $1,824.80 | $-25,126.16 |
| 03/2013 | Deposit | $536.55 | $0.04 | * | $2,361.35 | $-25,126.12 |
| 04/2013 | Deposit | $536.55 | $0.02 | * | $2,897.90 | $-25,126.10 |
| 05/2013 | Deposit | $536.55 | $0.00 | * | | |
| 05/2013 | Withdrawal - HOMEOWNER IN | | $1,070.51 | * | $3,434.45 | $-26,196.61 |
| | Withdrawal - WIND/MISC | $3,298.00 | $3,298.00 | * | $3,434.45 | $-29,494.61 |
| 06/2013 | Deposit | $536.55 | $1.08 | E | | |
| 06/2013 | Withdrawal - HOMEOWNER IN | $1,010.00 | $0.00 | E | $2,961.00 | $-29,493.53 |
| | Withdrawal - WIND/MISC | $2,961.00 | $0.00 | * | $0.00 | $-29,493.53 |
| 07/2013 | Deposit | $536.55 | $0.02 | E | $536.55 | $-29,493.51 |
| 08/2013 | Deposit | $536.55 | $0.00 | * | $1,073.10 | $0.00 |
| 09/2013 | Deposit | $536.55 | $0.00 | * | $1,609.65 | $0.00 |

(Continued)

# HASE

Customer Service Center
Monday - Thursday                    1-800-848-9136
Friday                              8 a.m. - midnight (ET)
Saturday                            8 a.m. - 10 p.m. (ET)
Hearing Impaired (TDD)              8 a.m. - 5 p.m. (ET)
                                    1-800-582-0542

03112 EWA Z 00012 C · 2E
REBECCA FRIEDMAN
315 MURRAY RD
WEST PALM BEACH FL 33405-2920

## Escrow: Taxes and Insurance Statement

| | |
|---|---|
| Loan Number | |
| Statement Date | 0625466569 |
| Review Period | 11/26/2012 |
| Escrow Shortage | 03/2006 to 11/2012 |
| | $0.00 |

## Important Message

If you are in bankruptcy or have been given a discharge for your bankruptcy, this letter is for information only. This letter is not an attempt to collect a debt. It is not an attempt to collect, assess or recover all or part of the debt from you. If a bankruptcy trustee is making your payments for you, please give a copy of this statement to the trustee.

Your escrow shortage amount does not include any actual shortage that might have been included before you filed for bankruptcy.

## Monthly Home Loan Payment

| | Current Payment | New Payment Effective 12/01/2012 |
|---|---|---|
| Principal & Interest | $735.30 | $735.30 |
| Escrow Account Deposit | $0.02 | $536.55 |
| Total Payment Amount | $735.32 | $1,271.85 |

## Summary

**Your escrow account is balanced.**

You have exactly the amount of money in your escrow account needed to pay your estimated property taxes and/or insurance for next year. Keep this statement for your records. You do not need to do anything else.

Your monthly payment will be $1,271.85 starting 12/01/12.

## Balancing Your Escrow Account

There needs to be enough money in your escrow account to pay your property taxes and/or insurance. To do that, we are asked us to require that you keep a minimum balance in the account. This cash reserve helps to cover any increase in taxes and/or insurance. However the minimum balance requirement has been waived for your account.

The payments made to and from your escrow account last year help predict your account activity for next year. This year's activity also helps predict what your lowest account balance is likely to be.

To balance your escrow account, we compare what your lowest account balance will likely be next year with your minimum required balance. If there is no difference between the numbers, your escrow account is balanced.

| | |
|---|---|
| $0.00 | Your minimum required balance |
| $-25,340.31 | Your estimated lowest account balance for 2013 [1] |
| $0.00 | Your escrow account is balanced |

[1] See the "Estimated Escrow Account Activity" chart in the statement.

## Escrow Account History

The chart below compares this year's activity on your escrow account with our estimates.

review

- Your last mortgage payment was $735.32. Your mortgage payment includes principal and interest $735.30 and escrow money $0.02

- At the time of your last escrow account review, your expected lowest balance was $1,070.08. The chart below shows that your actual lowest escrow balance was $-25,125.16.

Note: changes in property taxes or insurance premiums create the difference between the estimated and actual amounts in the chart. An "E" in the chart below means expected activity that hasn't occurred yet

*Indicates a difference between the estimated and actual amounts

### This Year: February 2008 to November 2012

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| 02/2008 | Starting Balance | | | | |
| 03/2008 | Deposit | $535.04 | $535.04 | $2,140.18 | $2,140.18 |
| 04/2008 | Deposit | $535.04 | $535.04 | $2,875.22 | $2,875.22 |
| | Withdrawal - FLOOD GAP | $535.04 | $535.04 | $3,210.26 | $3,210.26 |
| 05/2008 | Deposit | $535.04 | $2,318.00 * | $3,745.30 | $1,427.30 |
| | Withdrawal - HOMEOWNER IN | | $0.00 * | | |
| 06/2008 | Deposit | $535.04 | $640.54 * | $4,280.34 | $788.76 |
| | Withdrawal - HOMEOWNER IN | $529.22 | $0.00 * | | |
| | Withdrawal - FLOOD GAP | | $0.00 * | | |
| 07/2008 | Deposit | $2,208.00 | $0.00 * | $4,286.16 | $788.76 |
| 08/2008 | Deposit | $535.04 | $0.00 * | $2,078.16 | $788.76 |
| 09/2008 | Deposit | $535.04 | $0.00 * | $2,513.20 | $788.76 |
| 10/2008 | Deposit | $535.04 | $0.00 * | $3,148.24 | $788.76 |
| 11/2008 | Deposit | $535.04 | $0.00 * | $3,683.28 | $788.76 |
| | Withdrawal - COUNTY TAX | $3,683.28 | $3,089.67 * | $4,218.32 | $788.76 |
| 12/2008 | Deposit | $535.04 | $0.00 * | $1,070.08 | $-2,302.91 |
| 01/2009 | Deposit | $535.04 | $0.00 * | $1,605.12 | $-2,302.91 |
| 05/2009 | Withdrawal - HOMEOWNER IN | | $676.36 | $2,140.16 | $-2,302.91 |
| | | | | $2,140.16 | $-2,961.27 |

**(Continued)**